REX NOVELTY WORKS, INC., Respondent, *v.* SOUTHERN SURETY COMPANY OF NEW YORK, Appellant.

(Argued October 14, 1931: decided November 17, 1931.)

*Daniel Combs* for appellant.

*Jerome A. Strauss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.